JS 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOMPHIT SAELIM, | Case No.: CV 16-4624 DSF (GJSx) |
| Plaintiff, | |
| v. | JUDGMENT |
| CENTRAL MORTGAGE CO., et al., | |
| Defendants. | |
| _____ | |

  The Court having previously issued an Order to Show Cause re Dismissal for Lack of Subject Matter Jurisdiction and plaintiff not having timely responded,

  IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed without prejudice.

Dated: _____  8/18/16

              _____
                  Dale S. Fischer
              United States District Judge